# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT GREENEVILLE

| | |
|---|---|
| JAMES LEE, ) | |
| ) | |
|     *Plaintiff*, ) | |
| ) | |
| v. ) | No. 2:17-CV-33 |
| ) | REEVES/CORKER |
| NANCY A. BERRYHILL, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
|     *Defendant*. ) | |

## MEMORANDUM OPINION AND ORDER

Before the Court is United States Magistrate Judge Corker's Report and Recommendation ("R&R") [D. 19]. James Lee filed a motion for judgment on the pleadings [D. 14], and the Commissioner of Social Security moved for summary judgment on Lee's claim [D. 16]. Judge Corker recommends that Lee's motion be denied, and that the Commissioner's motion be granted. There have been no objections to the R&R, and enough time has passed to treat any objection as forfeited. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(2).

After reviewing the record, the Court agrees with the R&R and hereby **ADOPTS** it. For the reasons stated in the R&R, Lee's motion for judgment on the pleadings [D. 14] is **DENIED**; the Commissioner's motion for summary judgment [D. 16] is **GRANTED**; and this suit is **DISMISSED with prejudice.**

    IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

1